JS 44 (Rev 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
State of Tennessee, et al.

**(b)** County of Residence of First Listed Plaintiff: Knox County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attached

## DEFENDANTS
Equal Employment Opportunity Commission, et al.

County of Residence of First Listed Defendant: Washington, DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U S Government Plaintiff
- [x] 2 U S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U S Plaintiff or Defendant) | [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
APA, 5 U.S.C. § 706; Declaratory Judgment Act, 28 U.S.C. § 2201; Title VII, 42 U.S.C. 2000e, et seq.

Brief description of cause:
Plaintiffs seek injunctive and declaratory relief to set aside a final agency Enforcement Document issued by Defendant federal agencies and their off

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ Injunctive and Declaratory
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Judge Charles E. Atchley, Jr.
DOCKET NUMBER: 3:21-cv-00308

DATE: May 13, 2024
SIGNATURE OF ATTORNEY OF RECORD: /s/ Whitney D. Hermandorfer

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG JUDGE ___

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Jonathan Skrmetti
  Tennessee Attorney General
    and Reporter

/s/ *Whitney Hermandorfer*

Whitney D. Hermandorfer
  Director of Strategic Litigation
Steven J. Griffin
  Senior Counsel for Strategic Litigation &
  Assistant Solicitor General
Harrison Gray Kilgore*
  Strategic Litigation Counsel &
  Assistant Solicitor General
Office of the Tennessee
  Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Steven.Griffin@ag.tn.gov
Harrison.Kilgore@ag.tn.gov
*Counsel for Plaintiff State of Tennessee*

*Application for admission forthcoming

| | |
|---|---|
| STEVE MARSHALL<br>  Attorney General<br><br>/s/ *Edmund G. LaCour, Jr.*<br>EDMUND G. LACOUR, JR.*<br>  Solicitor General<br>OFFICE OF THE ALABAMA<br>  ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>(334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br>*Counsel for Plaintiff State of Alabama* | TREG TAYLOR<br>  Attorney General<br><br>/s/ *Cori Mills*<br>CORI MILLS*<br>  Deputy Attorney General, Civil Division<br>OFFICE OF THE ALASKA ATTORNEY GENERAL<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>(907) 465-2132<br>Cori.Mills@alaska.gov<br>*Counsel for Plaintiff State of Alaska* |
| TIM GRIFFIN<br>  Attorney General<br><br>/s/ *Nicholas J. Bronni*<br>NICHOLAS J. BRONNI*<br>  Solicitor General<br>OFFICE OF THE ARKANSAS<br>  ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-6302<br>Nicholas.Bronni@arkansasag.gov<br>*Counsel for Plaintiff State of Arkansas* | CHRISTOPHER CARR<br>  Attorney General<br><br>/s/ *Stephen Petrany*<br>STEPHEN PETRANY*<br>  Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF<br>  GEORGIA<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>Spetrany@law.ga.gov<br>*Counsel for Plaintiff State of Georgia* |
| THEODORE E. ROKITA<br>  Attorney General<br><br>/s/ *James A. Barta*<br>JAMES A. BARTA*<br>  Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF<br>  INDIANA<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>(317) 232-0709<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | BRENNA BIRD<br>  Attorney General<br><br>/s/ *Eric H. Wessan*<br>ERIC H. WESSAN*<br>  Solicitor General<br>OFFICE OF THE IOWA ATTORNEY GENERAL<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>Eric.Wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |

| | |
|---|---|
| KRIS W. KOBACH<br>   Attorney General<br><br>/s/ *Abhishek Kambli*<br>ABHISHEK KAMBLI*<br>   Deputy Attorney General<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW 10th Ave.<br>Topeka, KS 66612<br>(785) 296-7109<br>Abhishek.Kambli@ag.ks.gov<br>*Counsel for Plaintiff State of Kansas* | RUSSELL COLEMAN<br>   Attorney General<br><br>/s/ *Justin D. Clark*<br>JUSTIN D. CLARK*<br>   Civil Chief<br>AARON SILLETTO*<br>   Executive Director, Office of Civil and Environmental<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Justind.Clark@ky.gov<br>Aaron.Silletto@ky.gov<br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| LYNN FITCH<br>   Attorney General<br><br>/s/ *Justin L. Matheny*<br>Justin L. Matheny*<br>   Deputy Solicitor General<br>OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>Justin.Matheny@ago.ms.gov<br>*Counsel for Plaintiff State of Mississippi* | ANDREW BAILEY<br>   Attorney General<br><br>/s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE*<br>   Solicitor General<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>josh.divine@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |
| MICHAEL T. HILGERS<br>   Attorney General<br><br>/s/ *Lincoln J. Korell*<br>LINCOLN J. KORELL*<br>   Assistant Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br>*Counsel for Plaintiff State of Nebraska* | DAVE YOST<br>   Attorney General<br><br>/s/*T. Elliot Gaiser*<br>T. ELLIOT GAISER*<br>   Solicitor General<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>*Counsel for the State of Ohio* |

| | |
|---|---|
| ALAN WILSON<br>   Attorney General<br><br>/s/ *Thomas T. Hydrick*<br>THOMAS T. HYDRICK*<br>   Assistant Deputy Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL<br>OF SOUTH CAROLINA<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-4127<br>Thomashydrick@scag.gov<br>*Counsel for Plaintiff State of South Carolina* | MARTY J. JACKLEY<br>   Attorney General<br><br>/s/ *Grant M. Flynn*<br>GRANT M. FLYNN*<br>   Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF SOUTH DAKOTA<br>1302 E. Hwy. 14, Suite #1<br>Pierre, SD 57501<br>(605) 773-3215<br>Grant.Flynn@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* |
| SEAN REYES<br>   Attorney General<br><br>/s/ *Stanford Purser*<br>STANFORD PURSER*<br>   Deputy Solicitor General<br>UTAH ATTORNEY GENERAL'S OFFICE<br>160 East 300 South, 6th floor<br>PO Box 140856<br>Salt Lake City, UT 84114-0856<br>(801) 366-0100<br>Spurser@agutah.gov<br>*Counsel for Plaintiff State of Utah* | JASON S. MIYARES<br>   Attorney General<br><br>*/s/ Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>   Principal Deputy Solicitor General<br>BRENDAN R. CHESTNUT*<br>   Deputy Solicitor General<br>VIRGINIA ATTORNEY GENERAL'S OFFICE<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(805) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br>*Counsel for the Commonwealth of Virgini* |
| PATRICK MORRISEY<br>   Attorney General<br><br>/s/ *Michael R. Williams*<br>MICHAEL R. WILLIAMS*<br>   Principal Deputy Attorney General<br>OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305<br>(304) 558-2021<br>Michael.R.Williams@wvago.gov<br>*Counsel for Plaintiff State of West Virginia* | **\*Pro Hac Vice Application Forthcoming** |