IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARKANSAS, STATE OF GEORGIA, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF NEBRASKA, STATE OF OHIO, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF WEST VIRGINIA, <br><br>   *Plaintiffs*, <br><br>v. <br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chair of the Equal Employment Opportunity Commission; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice, <br><br>   *Defendants*. | Civil Action No. 3:24-cv-00224 <br> Judge Charles E. Atchley, Jr. <br> Magistrate Judge Debra C. Poplin |

**CONSENT MOTION TO SET BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

The Plaintiff States move under Fed. R. Civ. P. 6 and Local Rule 7.1 to set a briefing schedule on their forthcoming motion for preliminary relief from Defendant EEOC's "Enforcement Guidance on Harassment in the Workplace" ("Enforcement Document"), Dkt. #1-2.

EEOC's Enforcement Document—like the 2021 EEOC guidance this Court previously

1

enjoined, *see* Dkt. #1-1—will require the Plaintiff States and all other covered employers to accommodate their employees' self-professed gender identities in areas ranging from preferred pronouns to private changing spaces and restrooms. The Enforcement Document became effective upon its issuance on April 29, 2024. Thus, the Plaintiff States have already begun to undertake compliance obligations and will continue to shoulder associated costs to implement the Enforcement Document's new mandates. The Plaintiff States thus intend to move this Court to enter preliminary relief from the Enforcement Document during the pendency of these proceedings.

The Plaintiff States have conferred with counsel for the Defendants regarding a briefing schedule for the forthcoming motion for preliminary relief. Counsel for the Defendants has advised that the Defendants consent to the following briefing schedule:

| Proposed Deadline | Filing |
|---|---|
| May 31, 2024 | Plaintiff States' motion for preliminary relief. |
| June 21, 2024 | Defendants' response to Plaintiff States' motion for preliminary relief. |
| July 2, 2024 | Plaintiff States' reply in support of their motion for preliminary relief. |

The Plaintiff States respectfully request that the Court issue an order granting entry of this proposed briefing schedule on the forthcoming motion for preliminary relief.

Respectfully submitted,

JONATHAN SKRMETTI
  Tennessee Attorney General
  and Reporter

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER
Director of Strategic Litigation
STEVEN J. GRIFFIN
Senior Counsel for Strategic Litigation
HARRISON GRAY KILGORE*
Strategic Litigation Counsel
Office of the Tennessee Attorney General

2

Case 3:24-cv-00224-CEA-DCP   Document 19   Filed 05/23/24   Page 2 of 7   PageID #: 348

P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Steven.Griffin@ag.tn.gov
Harrison.Kilgore@ag.tn.gov
*Application for admission pending*

*Counsel for Plaintiff the State of Tennessee*

STEVE MARSHALL
   Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.**
   Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

TIM GRIFFIN
   Attorney General

/s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI*
   Solicitor General
OFFICE OF THE ARKANSAS
   ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

TREG TAYLOR
   Attorney General

/s/ *Cori Mills*
CORI MILLS*
   Deputy Attorney General, Civil Division
OFFICE OF THE ALASKA ATTORNEY GENERAL
Alaska Department of Law
PO Box 110300
Juneau, Alaska 99811
(907) 465-2132
Cori.Mills@alaska.gov
*Counsel for Plaintiff State of Alaska*

CHRISTOPHER CARR
   Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY***
   Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
Spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

| | |
|---|---|
| THEODORE E. ROKITA<br>  Attorney General<br><br>/s/ *James A. Barta*<br>JAMES A. BARTA***<br>  Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF INDIANA<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>(317) 232-0709<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | BRENNA BIRD<br>  Attorney General<br><br>/s/ *Eric H. Wessan*<br>ERIC H. WESSAN*<br>  Solicitor General<br>OFFICE OF THE IOWA ATTORNEY GENERAL<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>Eric.Wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |
| KRIS W. KOBACH<br>  Attorney General<br><br>/s/ *Abhishek Kambli*<br>ABHISHEK KAMBLI*<br>  Deputy Attorney General<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW 10th Ave.<br>Topeka, KS 66612<br>(785) 296-7109<br>Abhishek.Kambli@ag.ks.gov<br>*Counsel for Plaintiff State of Kansas* | RUSSELL COLEMAN<br>  Attorney General<br><br>/s/ *Justin D. Clark*<br>JUSTIN D. CLARK*<br>  Civil Chief<br>AARON SILLETTO*<br>  Executive Director, Office of Civil and Environmental<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Justind.Clark@ky.gov<br>Aaron.Silletto@ky.gov<br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| LYNN FITCH<br>  Attorney General<br><br>/s/ *Justin L. Matheny*<br>Justin L. Matheny**<br>  Deputy Solicitor General<br>OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>Justin.Matheny@ago.ms.gov<br>*Counsel for Plaintiff State of Mississippi* | ANDREW BAILEY<br>  Attorney General<br><br>/s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE***<br>  Solicitor General<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>josh.divine@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |

| | |
|---|---|
| MICHAEL T. HILGERS<br>  Attorney General<br><br>/s/ *Lincoln J. Korell*<br>LINCOLN J. KORELL*<br>  Assistant Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF<br>NEBRASKA<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br>*Counsel for Plaintiff State of Nebraska* | DAVE YOST<br>  Attorney General<br><br>/s/ *T. Elliot Gaiser*<br>T. ELLIOT GAISER***<br>  Solicitor General<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>*Counsel for the State of Ohio* |
| ALAN WILSON<br>  Attorney General<br><br>/s/ *Thomas T. Hydrick*<br>THOMAS T. HYDRICK*<br>  Assistant Deputy Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL<br>OF SOUTH CAROLINA<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-4127<br>Thomashydrick@scag.gov<br>*Counsel for Plaintiff State of South Carolina* | MARTY J. JACKLEY<br>  Attorney General<br><br>/s/ *Grant M. Flynn*<br>GRANT M. FLYNN*<br>  Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF SOUTH DAKOTA<br>1302 E. Hwy. 14, Suite #1<br>Pierre, SD 57501<br>(605) 773-3215<br>Grant.Flynn@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* |
| SEAN REYES<br>  Attorney General<br><br>/s/ *Stanford Purser*<br>STANFORD PURSER*<br>  Deputy Solicitor General<br>UTAH ATTORNEY GENERAL'S OFFICE<br>160 East 300 South, 6th floor<br>PO Box 140856<br>Salt Lake City, UT 84114-0856<br>(801) 366-0100<br>Spurser@agutah.gov<br>*Counsel for Plaintiff State of Utah* | JASON S. MIYARES<br>  Attorney General<br><br>/s/ *Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>  Principal Deputy Solicitor General<br>BRENDAN R. CHESTNUT*<br>  Deputy Solicitor General<br>VIRGINIA ATTORNEY GENERAL'S OFFICE<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(805) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br>*Counsel for the Commonwealth of Virgini* |

PATRICK MORRISEY
   Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
   Principal Deputy Attorney General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

**\* Pro Hac Vice Application Forthcoming**

**\*\* Pro Hac Vice Application Pending**

**\*\*\* Admitted Pro Hac Vice**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 23 day of May, 2024 to all counsel of record. The document was further served via email and first-class mail on the following, who has represented himself to the undersigned as counsel for the Defendants in this matter.

**Jacob S. Siler**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 353-4556
jacob.s.siler@usdoj.gov

*Counsel for Defendants*

              */s/ Whitney Hermandorfer*
              WHITNEY HERMANDORFER
              Office of the Tennessee Attorney General
              P.O. Box 20207
              Nashville, Tennessee 37202
              Whitney.Hermandorfer@ag.tn.gov

              *Counsel for Plaintiff the State of Tennessee*