UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 3:24-cv-224 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is Plaintiffs' Consent Motion to Set Briefing Schedule on Plaintiffs' Motion for Preliminary Relief. [Doc. 19]. Plaintiffs intend to seek a preliminary injunction and request that the Court issue a briefing schedule on their forthcoming motion. [*Id.* at 2]. Plaintiffs conferred with Defendants regarding a briefing schedule, and the parties agree as to the proposed schedule. [*Id.*]. Based on the parties' agreement, Plaintiffs' Consent Motion [Doc. 19] is **GRANTED**. Plaintiffs' motion for preliminary injunction shall proceed under the following briefing schedule:

      Plaintiffs' Motion for Preliminary Injunction Due: **May 31, 2024**

      Defendants' Response Brief Due: **June 21, 2024**

      Plaintiffs' Reply Brief Due: **July 2, 2024**

      **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**