**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| STATE OF TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 3:24-cv-224 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is Defendants' Consent Motion to Modify Briefing Schedule [Doc. 57]. Plaintiffs recently moved for a preliminary injunction, and pursuant to the Court's briefing schedule, Defendants' response is due on June 21, 2024. [Docs. 24, 32]. On June 14, 2024, however, the Sixth Circuit issued an opinion affirming the Court's decision in *Tennessee v. Department of Education*, No. 22-5807, 2024 WL 2984295 (6th Cir. June 14, 2024). To ensure that they can properly address the Sixth Circuit's recent decision, Defendants request an extension of time to respond until June 28, 2024. [Doc. 57].

Plaintiffs do not oppose Defendants' request, provided their time to reply is extended until July 12, 2024. [*Id.*]. Based on the parties' agreement, Defendants' Consent Motion [Doc. 57] is **GRANTED**. Defendants shall file their response on or before June 28, 2024, and Plaintiffs shall file their reply on or before July 12, 2024.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**