UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 3:24-cv-224 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Plaintiffs filed a Motion for Preliminary Injunction [Doc. 32] challenging Defendant EEOC's Enforcement Guidance on Harassment in the Workplace. The Enforcement Guidance, Plaintiffs contend, unlawfully interprets Title VII to require employers to provide certain accommodations to employees based on their gender identities. [Doc. 33 at 8]. Plaintiffs' request for relief raises numerous complex legal issues, including questions of justiciability, statutory interpretation, and agency authority. Upon review of the record, the Court concludes that oral argument will facilitate judicial resolution of this matter.

The Court will conduct an in-person oral argument pertaining to Plaintiff's Motion for Preliminary Injunction on **January 27, 2025**, at **10:30 a.m. ET** at the U.S. Courthouse, 800 Market Street, Knoxville, Tennessee. Counsel for each Plaintiff need not appear at the hearing. Plaintiffs may instead designate counsel from one of the eighteen Plaintiff States to serve as a representative. Moreover, the Court is mindful that agency interpretations addressing issues of this nature often change from one presidential administration to the next. Considering this practical reality, along with the need to conserve limited judicial resources, the parties are **ORDERED** to meet and confer

before oral argument to discuss the future of this litigation and whether a judicial resolution remains necessary. At oral argument, the parties shall be prepared to discuss this issue along with the substantive issues raised in Plaintiff's Motion for Preliminary Injunction.

**SO ORDERED.**

                                          */s/ Charles E. Atchley, Jr.*
                                          **CHARLES E. ATCHLEY, JR.**
                                          **UNITED STATES DISTRICT JUDGE**

2

Case 3:24-cv-00224-CEA-DCP    Document 86    Filed 12/19/24    Page 2 of 2    PageID #: 796