IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, ET AL. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 3:24-cv-00224 |
| v. ) | Judge Charles E. Atchley, Jr. |
| ) | Magistrate Judge Debra C. Poplin |
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ET AL. ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' RESPONSE TO NOTICE OF EXECUTIVE ORDER
AND UNOPPOSED MOTION TO VACATE HEARING**

As Defendants' recent motion indicates, the Plaintiff States do not oppose vacating the oral argument currently scheduled for January 27, 2025, in light of the recent Executive Order *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. That order makes clear the position of the United States: that Title VII neither requires "gender identity-based access to single-sex spaces" nor inhibits "the freedom to express the binary nature of sex … in workplaces." *See* https://perma.cc/E6P5-DSYA. That position is correct, for reasons the Plaintiff States have explained. PI Br. 11-18, Dkt. #33; PI Reply 6-7, Dkt. #83.

Given this case's current posture, the Plaintiff States submit that resolving their pending preliminary injunction motion on the papers would best "conserve limited judicial resources." Order 1, Dkt. #86. The States' analysis tracks not only the Executive Order's correct legal view, but also this Court's decision in *Tennessee v. Department of Education*, 615 F. Supp. 3d 807 (E.D. Tenn. 2022), and the Sixth Circuit's decision affirming this Court on all relevant fronts in *Tennessee v. Department of Education*, 104 F.4th 577 (6th Cir. 2024). And the States' need for relief persists. Although the Executive Order directs the Equal Employment Opportunity Commission ("EEOC" or "Commission") to rescind the Enforcement Guidance on Harassment in the Workplace ("Enforcement Document"), Dkt. #1-2, to

1

date EEOC's controlling majority has given no indication that it will do so.[1] Until EEOC rescinds the Enforcement Document, the Plaintiff States remain subject to its mandates and will continue to suffer ongoing, irreparable harm. *See* Mot. for Prelim. Inj., Dkt. #32. Thus, the pending request for preliminary relief remains ripe for resolution, and the States are prepared to proceed in any manner this Court deems appropriate.

Respectfully submitted,

*/s/ Steven J. Griffin*
WHITNEY HERMANDORFER
  Director of Strategic Litigation
STEVEN J. GRIFFIN
  Senior Counsel for Strategic Litigation
HARRISON GRAY KILGORE
  Strategic Litigation Counsel and
  Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Steven.Griffin@ag.tn.gov
Harrison.Kilgore@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*

---

[1] In response to the Executive Order, the Democratic EEOC Commissioners—who comprise a majority of the Commission—issued a statement affirming protections for "LGBTQI+ workers" and promising to continue to "hold employers accountable if they … permit a hostile work environment" on those purportedly "protected grounds." Jocelyn Samuels (@JSamuelsEEOC), X (Jan. 21, 2025, 3:33 PM), https://perma.cc/E7WT-HUCD.

STEVE MARSHALL
  Attorney General

/s/ *Edmund G. LaCour, Jr.*
EDMUND G. LACOUR, JR.
  Solicitor General
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*


TIM GRIFFIN
  Attorney General

/s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI*
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*


THEODORE E. ROKITA
  Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*


TREG TAYLOR
  Attorney General

/s/ *Cori Mills*
CORI MILLS*
  Deputy Attorney General, Civil Division
OFFICE OF THE ALASKA ATTORNEY GENERAL
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 465-2132
Cori.Mills@alaska.gov
*Counsel for Plaintiff State of Alaska*


CHRISTOPHER CARR
  Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
Spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*


BRENNA BIRD
  Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN***
  Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric.Wessan@ag.iowa.gov
*Counsel for Plaintiff State of Iowa*

3

| | |
|---|---|
| KRIS W. KOBACH<br>　Attorney General<br><br>/s/ *Abhishek Kambli*<br>ABHISHEK KAMBLI*<br>　Deputy Attorney General<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW 10th Ave.<br>Topeka, KS 66612<br>(785) 296-7109<br>Abhishek.Kambli@ag.ks.gov<br>*Counsel for Plaintiff State of Kansas* | RUSSELL COLEMAN<br>　Attorney General<br><br>/s/ *Justin D. Clark*<br>JUSTIN D. CLARK*<br>　Civil Chief<br>AARON SILLETTO*<br>　Executive Director, Office of Civil and Environmental<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Justind.Clark@ky.gov<br>Aaron.Silletto@ky.gov<br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| LYNN FITCH<br>　Attorney General<br><br>/s/ *Justin L. Matheny*<br>Justin L. Matheny*<br>　Deputy Solicitor General<br>OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>Justin.Matheny@ago.ms.gov<br>*Counsel for Plaintiff State of Mississippi* | ANDREW BAILEY<br>　Attorney General<br><br>/s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE*<br>　Solicitor General<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>josh.divine@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |
| MICHAEL T. HILGERS<br>　Attorney General<br><br>/s/ *Lincoln J. Korell*<br>LINCOLN J. KORELL*<br>　Assistant Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br>*Counsel for Plaintiff State of Nebraska* | DAVE YOST<br>　Attorney General<br><br>/s/ *T. Elliot Gaiser*<br>T. ELLIOT GAISER*<br>　Solicitor General<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>*Counsel for the State of Ohio* |

| | |
|---|---|
| ALAN WILSON<br>   Attorney General | MARTY J. JACKLEY<br>   Attorney General |
| /s/ *Thomas T. Hydrick*<br>THOMAS T. HYDRICK*<br>   Assistant Deputy Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL<br>OF SOUTH CAROLINA<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-4127<br>Thomashydrick@scag.gov<br>*Counsel for Plaintiff State of South Carolina* | /s/ *Grant M. Flynn*<br>GRANT M. FLYNN*<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF SOUTH DAKOTA<br>1302 E. Hwy. 14, Suite #1<br>Pierre, SD  57501<br>(605) 773-3215<br>Grant.Flynn@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* |
| SEAN REYES<br>   Attorney General | JASON S. MIYARES<br>   Attorney General |
| /s/ *Stanford Purser*<br>STANFORD PURSER*<br>   Deputy Solicitor General<br>UTAH ATTORNEY GENERAL'S OFFICE<br>160 East 300 South, 6th floor<br>PO Box 140856<br>Salt Lake City, UT 84114-0856<br>(801) 366-0100<br>Spurser@agutah.gov<br>*Counsel for Plaintiff State of Utah* | /s/ *Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>   Principal Deputy Solicitor General<br>VIRGINIA ATTORNEY GENERAL'S OFFICE<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(805) 786-2071<br>kgallagher@oag.state.va.us<br>*Counsel for the Commonwealth of Virgini* |
| PATRICK MORRISEY<br>   Attorney General<br><br>/s/ *Michael R. Williams*<br>MICHAEL R. WILLIAMS*<br>   Principal Deputy Attorney General<br>OFFICE OF THE WEST VIRGINIA ATTORNEY<br>GENERAL<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305<br>(304) 558-2021<br>Michael.R.Williams@wvago.gov<br>*Counsel for Plaintiff State of West Virginia* | **\*   Admitted Pro Hac Vice** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to the following counsel of record.

Jacob S. Siler
Allyson R. Scher
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 353-4556
jacob.s.siler@usdoj.gov
allyson.r.scher@usdoj.gov

*Counsel for Defendants*

                                              */s/ Steven J. Griffin*
                                              STEVEN J. GRIFFIN