IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

|  |  |
|---|---|
| STATE OF TENNESSEE *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 3:24-cv-00224 ) Judge Charles E. Atchley, Jr. |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *et al.*, | ) Magistrate Judge Debra C. Poplin ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

The Plaintiff States and Defendants respectfully submit this Joint Status Report pursuant to this Court's July 8, 2024 Order, which directed the parties to submit a jointly proposed schedule for further proceedings within 14 days of the Court's ruling on Plaintiffs' motion for a preliminary injunction.[1] ECF No. 79. On January 23, 2025, this Court denied Plaintiffs' motion for a preliminary injunction without prejudice, ordered the Plaintiff States to refile their motion within 21 days if they still desired injunctive relief, and ordered the parties "to confer regarding the Executive Order's effect on this litigation in advance of any renewed motion being filed." ECF No. 89 at 2.

The parties have conferred. The Plaintiff States no longer seek preliminary injunctive relief, but the parties have been unable to agree on a resolution of this matter at this time without judicial intervention. The parties intend to resolve their remaining disputes on cross-motions for summary judgment. The parties, therefore, (1) jointly move this Court to stay Defendants' deadline to answer

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the official capacity Defendants who no longer hold office have been automatically substituted by their successors.

1

or otherwise respond to the Complaint until further order of the Court, and (2) jointly propose the following briefing schedule for the parties' planned cross-motions for summary judgment:

| Proposed Deadline | Filing |
|---|---|
| **March 14, 2025** | Plaintiff States' motion for summary judgment |
| **May 2, 2025** | Defendants' combined cross-motion for summary judgment and response to Plaintiff States' motion for summary judgment |
| **May 16, 2025** | Plaintiff States' combined reply in support of their motion for summary judgment and in response to Defendants' cross-motion for summary judgment |
| **June 2, 2025** | Defendants' reply in support of their cross motion for summary judgment |

The parties respectfully request that the Court issue an order granting entry of this proposed briefing schedule.

Dated: February 6, 2025

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Jacob S. Siler*
ALLYSON SCHER (DC Bar No. 1616379)
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 514-9836
Facsimile: (202) 616-8460
E-mail: jacob.s.siler@usdoj.gov

*Counsel for Defendants*

/s/ *Steven J. Griffin*
WHITNEY HERMANDORFER
  Director of Strategic Litigation
STEVEN J. GRIFFIN
  Senior Counsel for Strategic Litigation
HARRISON GRAY KILGORE
  Strategic Litigation Counsel and
  Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Steven.Griffin@ag.tn.gov
Harrison.Kilgore@ag.tn.gov
*Counsel for Plaintiff the State of Tennessee*

| | |
|---|---|
| STEVE MARSHALL<br>  Attorney General<br><br>/s/ *Edmund G. LaCour, Jr.*<br>EDMUND G. LACOUR, JR.<br>  Solicitor General<br>OFFICE OF THE ALABAMA<br>ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>(334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br>*Counsel for Plaintiff State of Alabama* | TREG TAYLOR<br>  Attorney General<br><br>/s/ *Cori Mills*<br>CORI MILLS*<br>  Deputy Attorney General, Civil Division<br>OFFICE OF THE ALASKA ATTORNEY GENERAL<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>(907) 465-2132<br>Cori.Mills@alaska.gov<br>*Counsel for Plaintiff State of Alaska* |
| TIM GRIFFIN<br>  Attorney General<br><br>/s/ *Nicholas J. Bronni*<br>NICHOLAS J. BRONNI*<br>  Solicitor General<br>OFFICE OF THE ARKANSAS<br>  ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-6302<br>Nicholas.Bronni@arkansasag.gov<br>*Counsel for Plaintiff State of Arkansas* | CHRISTOPHER CARR<br>  Attorney General<br><br>/s/ *Stephen Petrany*<br>STEPHEN PETRANY*<br>  Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF<br>GEORGIA<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>Spetrany@law.ga.gov<br>*Counsel for Plaintiff State of Georgia* |

| | |
|---|---|
| THEODORE E. ROKITA<br>   Attorney General<br><br>/s/ *James A. Barta*<br>JAMES A. BARTA\*<br>   Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF INDIANA<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>(317) 232-0709<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | BRENNA BIRD<br>   Attorney General<br><br>/s/ *Eric H. Wessan*<br>ERIC H. WESSAN\*\*\*<br>   Solicitor General<br>OFFICE OF THE IOWA ATTORNEY GENERAL<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>Eric.Wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |
| KRIS W. KOBACH<br>   Attorney General<br><br>/s/ *Abhishek Kambli*<br>ABHISHEK KAMBLI\*<br>   Deputy Attorney General<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW 10th Ave.<br>Topeka, KS 66612<br>(785) 296-7109<br>Abhishek.Kambli@ag.ks.gov<br>*Counsel for Plaintiff State of Kansas* | RUSSELL COLEMAN<br>   Attorney General<br><br>/s/ *Justin D. Clark*<br>JUSTIN D. CLARK\*<br>   Civil Chief<br>AARON SILLETTO\*<br>   Executive Director, Office of Civil and Environmental<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Justind.Clark@ky.gov<br>Aaron.Silletto@ky.gov<br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| LYNN FITCH<br>   Attorney General<br><br>/s/ *Justin L. Matheny*<br>Justin L. Matheny\*<br>   Deputy Solicitor General<br>OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>Justin.Matheny@ago.ms.gov<br>*Counsel for Plaintiff State of Mississippi* | ANDREW BAILEY<br>   Attorney General<br><br>/s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE\*<br>   Solicitor General<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>josh.divine@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |

| | |
|---|---|
| MICHAEL T. HILGERS<br>   Attorney General<br><br>/s/ *Lincoln J. Korell*<br>LINCOLN J. KORELL*<br>   Assistant Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br>*Counsel for Plaintiff State of Nebraska* | DAVE YOST<br>   Attorney General<br><br>/s/ *T. Elliot Gaiser*<br>T. ELLIOT GAISER*<br>   Solicitor General<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>*Counsel for the State of Ohio* |
| ALAN WILSON<br>   Attorney General<br><br>/s/ *Thomas T. Hydrick*<br>THOMAS T. HYDRICK*<br>   Assistant Deputy Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-4127<br>Thomashydrick@scag.gov<br>*Counsel for Plaintiff State of South Carolina* | MARTY J. JACKLEY<br>   Attorney General<br><br>/s/ *Grant M. Flynn*<br>GRANT M. FLYNN*<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL STATE OF SOUTH DAKOTA<br>1302 E. Hwy. 14, Suite #1<br>Pierre, SD 57501<br>(605) 773-3215<br>Grant.Flynn@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* |
| SEAN REYES<br>   Attorney General<br><br>/s/ *Stanford Purser*<br>STANFORD PURSER*<br>   Deputy Solicitor General<br>UTAH ATTORNEY GENERAL'S OFFICE<br>160 East 300 South, 6th floor<br>PO Box 140856<br>Salt Lake City, UT 84114-0856<br>(801) 366-0100<br>Spurser@agutah.gov<br>*Counsel for Plaintiff State of Utah* | JASON S. MIYARES<br>   Attorney General<br><br>/s/ *Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>   Principal Deputy Solicitor General<br>VIRGINIA ATTORNEY GENERAL'S OFFICE<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(805) 786-2071<br>kgallagher@oag.state.va.us<br>*Counsel for the Commonwealth of Virginia* |

PATRICK MORRISEY     *   Admitted Pro Hac Vice
   Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
   Principal Deputy Attorney General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

6

Case 3:24-cv-00224-CEA-DCP   Document 90   Filed 02/06/25   Page 6 of 7   PageID #: 814

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

                  _/s/ Jacob S. Siler_
                  JACOB S. SILER