UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 3:24-cv-224 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| EQUAL EMPLOYMENT OPPORTUNITY ) | Magistrate Judge Poplin |
| COMMISSION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

This matter is before the Court on periodic review. The parties recently filed a Joint Status Report and indicate that they "intend to resolve their remaining disputes on cross-motions for summary judgment." [Doc. 90 at 1]. To that end, the parties have provided a proposed briefing schedule for their cross-motions for summary judgment. [*Id.* at 2]. Based on the parties' agreement, the Court will approve their proposal, and this matter will proceed under the following briefing schedule:

| **Filing(s)** | **Deadline** |
|---|---|
| Plaintiffs' Motion for Summary Judgment | **March 14, 2025** |
| Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | **May 2, 2025** |
| Plaintiffs' Reply in Support of their Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment | **May 16, 2025** |
| Defendants' Reply in Support of their Motion for Summary Judgment | **June 2, 2025** |

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**

2