# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Autumn Hamit Patterson**, Bar # **24092947**, was duly admitted to practice in this Court on November 21, 2017, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on March 14, 2025.

DAVID A. O'TOOLE
CLERK

DEPUTY CLERK