IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

|  |  |
|---|---|
| STATE OF TENNESSEE *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:24-cv-00224 |
|  | ) Judge Charles E. Atchley, Jr. |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *et al.*, | ) Magistrate Judge Debra C. Poplin |
| Defendants. | ) |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants hereby move the Court for summary judgment against all claims and causes of action asserted by the Plaintiff States in this action. In support of this motion, Defendants rely on the Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, filed contemporaneously herewith.

Dated: May 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 343-4556
Facsimile: (202) 616-8460
E-mail: Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*