# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, et al., ) <br> ) <br>    *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, et al., ) <br> ) <br>    *Defendants*. ) | Civil Action No. 3:24-cv-00224 <br> Judge Charles E. Atchley, Jr. <br> Magistrate Judge Debra C. Poplin |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with L.R. 83.4(f), undersigned counsel Whitney D. Hermandorfer respectfully notifies the Court that she is withdrawing as counsel for Plaintiff the State of Tennessee because she is departing her employment at the Office of the Tennessee Attorney General and Reporter effective July 15, 2025 and will no longer be associated with this case. The State of Tennessee will continue to be represented by attorneys of record Steven J. Griffin and Harrison Gray Kilgore.

Dated: July 15, 2025

Respectfully Submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

*/s/     Whitney D. Hermandorfer*
Whitney D. Hermandorfer
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025 a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system, which provided copies of the foregoing to all counsel of record.

*/s/ Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER
